USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
    ANTHONY D. DIAZ,

                              Plaintiff,

              -against-

    RYDER TRUCK RENTAL LT *and* MARIO R. REYES,

                            Defendants.
------------------------------------------------------------- X

1:20-cv-06705-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on August 20, 2020. Dkt. No. 1. Counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendants is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

SO ORDERED. Dated:

August 22, 2020

                                          _____
                                             GREGORY H. WOODS
                                          United States District Judge