```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                   :

ANTHONY D. DIAZ,

                             Plaintiff,

                  -against-

RYDER TRUCK RENTAL LT *and* MARIO R.
REYES,

                       Defendants.

-------------------------------------------------------------------X

        1:20-cv-06705-GHW

          <u>ORDER</u>

GREGORY H. WOODS, District Judge:

On August 20, 2020, Defendants removed this action from the Supreme Court of the State of New York, New York County.  Dkt. No. 1. On April 6, 2021, the parties requested that this case be remanded back to state court.  Dkt. No. 14.  That request is granted.

Accordingly, because the parties have consented to remand this case to state court, the Clerk of Court is directed to remand this case to the Supreme Court of the State of New York, New York County without delay.

SO ORDERED.

Dated:  April 6, 2021
New York, New York

                      GREGORY H. WOODS
               United States District Judge